## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 18-1817 JVS (ADSx) | Date | November 9, 2018 |
| Title | Cocis v. Costco Wholesale Membership, Inc. | | |

Present: The Honorable **James V. Selna**

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** <u>**Order to Show Cause re Jurisdiction**</u>

The Court has made a preliminary review of the jurisdictional allegations in the:

    Complaint,

  X  Notice of Removal ("Notice") filed October 9, 2018

by Costco Wholesale Membership, Inc. *et al.* (collectively "Costco").

The initial pleading invokes jurisdiction Court on the basis of diversity of citizenship, 28 U.S.C. § 1332. (Notice, ¶ 9.) Jurisdiction on this basis requires complete diversity.

Plaintiff is alleged to be a citizen of California. (<u>Id.</u>, ¶ 11.) Costco Wholesale Membership, Inc. is also alleged to be a California corporation by virtue of its state of incorporation. (<u>Id.</u>, ¶ 13.) It is also alleged to be a citizen of Washington, also by virtue of its state of incorporation.

Costco is ordered to show cause within ten day why the case should not be remanded for lack of jurisdiction based on a lack of complete diversity.

**A failure to respond may result in remand of the action for lack of jurisdiction.**

                                                                                                                  :    00

Initials of Preparer    kjt