JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| Ligia Cocis, | ) | SACV 18-01817 JVS(ADSx) |
| | ) | |
| Plaintiff, | ) | ORDER OF REMAND |
| | ) | |
| v. | ) | |
| | ) | |
| Costco Wholesale Membership, | ) | |
| Inc., et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

The Court having issued an Order to Show Cause on November 9, 2018 as to why this action should not be remanded for lack of jurisdiction, with a response due within 10 days, and the Court having received no response to the Order to Show Cause as of November 27, 2018,

The Court hereby ORDERS this action REMANDED forthwith to the Superior Court of the State of California for the County of Orange.

The Court ORDERS the plaintiff's motion to remand VACATED and taken off calendar.

DATED: November 27, 2018

_____
James V. Selna
United States District Judge